No. 11–5633.  TAFT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5641.  GONZALEZ v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Motion of Florida Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 11–5739.  PERRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5778.  RICHARDSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5826.  MARCUSSE v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5831.  MAXWELL v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–5834.  CARVER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5846.  NESTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5856.  HOLMES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5859.  ASHIEGBU v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.